1  Lynn R. Fiorentino (SB No. 226691)
   lynn.fiorentino@afslaw.com
2  **ARENTFOX SCHIFF LLP**
   555 South Flower Street,
3  43rd Floor
   Los Angeles, CA 90071
4  Telephone: 213.629.7400

5  *Attorneys for Defendants*
   *Ever Valinject GmbH and Nexus*
6  *Pharmaceuticals, LLC*

7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| JANSSEN PRODUCTS L.P. and PHARMA MAR, S.A.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EVER VALINJECT GMBH, NEXUS PHARMACEUTICALS, LLC, SHANGHAI HAOYUAN CHEMEXPRESS CO., LTD, and RUYUAN HEC PHARM CO., LTD.,,<br><br>　　　　Defendants. | Case No. **'25CV2353 JES  MSB**<br><br>**NOTICE OF MOTION TO QUASH OR FOR PROTECTIVE ORDER, AND TO TRANSFER TO NORTHERN DISTRICT OF ILLINOIS**<br><br>Judge: Hon. _____<br><br>**CONFIDENTIAL** |

Case No.                                    MOTION TO QUASH OR FOR
                                            PROTECTIVE ORDER, AND TO
                                            TRANSFER

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** Defendants EVER Valinject GmbH, and Nexus Pharmaceuticals, LLC (collectively, "Defendants") move for a Motion to Quash or, alternatively, for a Protective Order, and to Transfer to the Northern District of Illinois (the "Motion") with respect to Plaintiff Janssen Products L.P. and Pharma Mar, S.A.'s ("Plaintiffs") Subpoena for the deposition of third-party Dr. Tracey Burr ("Burr") pursuant to Federal Rule of Civil Procedure 45(d)(3)(A)(iv) and 26(c)(1).

Defendants understand that Burr does not oppose the transfer of the Motion to the Case Number 24-cv-7319 in the Northern District of Illinois. *See* D.I. 214.

Pursuant to Civ. Local Rule 26.1(b), Defendants certify that they have conferred with Plaintiffs via emails on September 3, 5, 8 and by phone on September 8. Plaintiffs oppose this motion and the relief requested, and the parties were not able to agree on any limitations to the deposition.

As detailed in the accompanying Memorandum in Support, the Court should grant Defendants' Motion or transfer the Motion to the Northern District of Illinois.

Respectfully submitted,

Dated:        September 9, 2025

**ARENTFOX SCHIFF LLP**

<u>*/s/ Lynn R. Fiorentino*</u>
Lynn R. Fiorentino

*Attorneys for Defendants EVER Valinject GmbH, and Nexus Pharmaceuticals, LLC*

Case No.

- 2 -

MOTION TO QUASH OR FOR PROTECTIVE ORDER, AND TO TRANSFER

# PROOF OF SERVICE

I, Nicole S. Lynch, declare:

I am a citizen of the United States and employed at ArentFox Schiff LLP. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1717 K St, NW, Washington, DC 20006.

On September 9, 2025, **I electronically served and filed** the attached documents:

**DEFENDANTS' MOTION TO QUASH OR FOR PROTECTIVE ORDER, AND TO TRANSFER TO NORTHERN DISTRICT OF ILLINOIS**

**MEMORANDUM IN SUPPORT OF MOTION TO QUASH OR FOR PROTECTIVE ORDER, AND TO TRANSFER TO NORTHERN DISTRICT OF ILLINOIS**

**EXHIBIT 1 IN SUPPORT OF MEMORANDUM IN SUPPORT OF MOTION TO QUASH OR FOR PROTECTIVE ORDER, AND TO TRANSFER TO NORTHERN DISTRICT OF ILLINOIS**

**PROPOSED ORDER GRANTING DEFENDANTS' MOTION TO QUASH OR FOR PROTECTIVE ORDER, AND TO TRANSFER TO NORTHERN DISTRICT OF ILLINOIS**

**CIVIL COVER SHEET**

with the Clerk of the court using the CM/ECF system which will then send a notification of such filing to the following:

☒ (BY E-MAIL) On this date, I personally transmitted the foregoing document(s) via my electronic service address (nicole.lynch@afslaw.com) to the e-mail address(es) of the person(s) listed below:

iroyzman@orrick.com

cwillgoos@orrick.com

krodnick@orrick.com

tim.carroll@orrick.com

tjames@orrick.com

acaridis@orrick.com

clizza@saul.com

wbaton@saul.com

daniel.williams@orrick.com

jonathanliu@orrick.com

Orrick_Yondelis@orrick.com

tgracey@jmtlegalservices.com

ARENTFOX SCHIFF LLP
ATTORNEYS AT LAW
LOS ANGELES

Case No.

MOTION TO QUASH OR FOR PROTECTIVE ORDER, AND TO TRANSFER

| | | |
|---|---|---|
| 1 | ☐ | **(BY MAIL)** I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business. On this date, I placed the document(s) in envelopes addressed to the person(s) on the attached service list and sealed and placed the envelopes for collection and mailing following ordinary business practices. |
| | ☐ | (BY PERSONAL SERVICE) On this date, I caused to be delivered by hand envelope(s) containing the document(s) to the persons(s) on the attached service list. |
| | ☐ | (BY FEDERAL EXPRESS) I electronically served the foregoing document(s) through Federal Express on the person(s) on the attached service list. |
| | ☒ | (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on September 9, 2025 in Washington, D.C.

*/s/ Nicole S. Lynch*
Nicole S. Lynch

Case No.                                   MOTION TO QUASH OR FOR PROTECTIVE ORDER, AND TO TRANSFER

ARENTFOX SCHIFF LLP
ATTORNEYS AT LAW
LOS ANGELES