1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANSSEN PRODUCTS L.P. and PHARMA MAR, S.A., <br><br>Plaintiffs, <br><br>v. <br><br>EVER VALINJECT GMBH, NEXUS PHARMACEUTICALS, LLC, SHANGHAI HAOYUAN CHEMEXPRESS CO., LTD, and RUYUAN HEC PHARM CO., LTD., <br><br>Defendants. | Case No. 3:25-cv-02353-JES-MSB <br><br>**ORDER GRANTING DEFENDANTS' APPLICATION FOR SEALING DEFENDANTS' MOTION TO QUASH OR FOR PROTECTIVE ORDER, AND TO TRANSFER TO NORTHERN DISTRICT OF ILLINOIS** <br><br>**[ECF NO. 3]** |

Based on the representations of counsel, compelling reasons and good cause appearing therefore, the Court **GRANTS** Defendants' Application for Sealing Defendants' Motion to Quash or for a Protective Order, and to Transfer to the Northern District of Illinois and supporting Exhibit 1 thereto.

**IT IS SO ORDERED.**

DATED: September 17, 2025

Judge Michael S. Berg
U.S. Magistrate Judge